IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 21-11192-CC

THE BANK OF NEW YORK
MELLON, etc.,

    Appellee,

vs.

LORENZO A. ALLEN and
JUANITA ALLEN,

    Appellants.

_____ /

## STATUS REPORT

The appellee, The Bank of New York Mellon, pursuant to the Court's March 24, 2022, order directing counsel to file a monthly status report, advises as follows.

As of the date of this report, the bankruptcy case of the appellant remains pending in the bankruptcy court, with the appellant having filed a first amended Chapter 13 plan on April 13, 2022.

                              Respectfully submitted,

                              *s/James H. Wyman*
                              James H. Wyman
                              Florida Bar No. 117692
                              Hinshaw & Culbertson LLP
                              2525 Ponce de Leon Blvd.  4th Floor
                              Coral Gables, FL 33134
                              Telephone: (305) 358-7747
                              jwyman@hinshawlaw.com

CASE NO. 21-11192-CC

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Lorenzo A. Allen and Juanita Allen, 6207 NW 66th Way, Parkland, Florida 33067, at poboy62@aol.com.

*s/James H. Wyman*
James H. Wyman